# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| QUENTIN ROBINSON | CIVIL ACTION NO. 3:18-cv-1151 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| SONYA SMITH, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims listed in Plaintiff Quentin Robinson's first amended pleading, [Doc. No. 6], are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

MONROE, LOUISIANA, this 1st day of November, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**