# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **QUENTIN ROBINSON** | * | **CIVIL ACTION NO. 3:18-cv-01151** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **SONYA SMITH, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' motion to dismiss [Doc. No. 17] is **GRANTED.** Plaintiff's claims are **DISMISSED** without prejudice, but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Monroe, Louisiana, this 22nd day of February, 2019.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**